No. 89,592

KAREN J. KRUEGER, *Appellant*, v. BOARD OF COUNTY COMMISSIONERS OF WOODSON COUNTY, KANSAS, and COUNTY APPRAISER OF WOODSON COUNTY, KANSAS, *Appellees*.

(85 P.3d 686)

Opinion filed March 19, 2004.

*Karen J. Krueger*, pro se, argued the cause and was on the briefs for appellant.

*Jerry B. Hathaway*, county attorney, argued the cause and *Leo T. Gensweider*, former county attorney, was on the brief for appellee.

The opinion of the court was delivered by

NUSS, J.: Karen Krueger contested the appraisal of her house for tax years 1999, 2000, and 2001. The Board of Tax Appeals (BOTA) upheld the appraisal value, as did the district court. In a published opinion by Judge Lewis, a unanimous panel of the Court of Appeals affirmed. This court granted Krueger's petition for review.

We have carefully considered and reviewed the briefs, arguments, and the record in this case, and we conclude that the Court of Appeals was correct. We, therefore, adopt the opinion of the Court of Appeals and affirm BOTA, the district court, and the Court of Appeals.

BEIER, J., not participating.

BRAZIL, S.J., assigned.